STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

REGIONAL OFFICE DIVISION
Rochester Regional Office

May 11, 2006

Hon. Michael A. Telesca
United States District Court Judge
Western District of New York
100 State Street, Room 272
Rochester, New York 14614-1323

RECEIVED
MAY 12 2006
MICHAEL A. TELESCA
United States District Judge
Western District of New York

Re: Bernardini v. SUNY at Brockport
03-CV-6072

Dear Judge Telesca:

    I represent the defendant in the above-captioned matter. I recently filed a motion for a more definite statement, pursuant to Fed. R. Civ. P. 12(e). I spoke with Christina Barr, Esq. of Dolin Thomas. She advised me that the plaintiff would like to serve an amended complaint in lieu of responding the motion. I have no objection.

    We have agreed that I will accept service of the amended complaint on behalf of SUNY, and that the amended complaint will be submitted to me or before May 26, 2006. The defendant will then have thirty (30) days to answer the amended complaint. With this understanding, the defendant agrees to withdraw the 12(e) motion without prejudice to renew, if the plaintiff fails to comply with the agreement set forth herein.

Respectfully submitted,

TAMARA B. CHRISTIE
Assistant Attorney General

TBC:baa

cc: Patrick Solomon, Esq.
    Christina Barr, Esq.

SO ORDERED.

S/MICHAEL A. TELESCA
Michael A. Telesca, U.S.D.J.

Dated: 5/12/2006